# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135944

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KIRK CARLTON SMITH,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135944
COA: 282150
Gr Traverse CC: 07-010284-FC

      On order of the Court, the application for leave to appeal the January 11, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk